No. 00–1507. DEPARTMENT OF JUSTICE v. MAYDAK. C. A. D. C. Cir. Certiorari denied.

No. 00–1539. MOORE ET AL. v. AFTRA HEALTH AND RETIREMENT FUNDS ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–1552. PEZOLD, RICHEY, CARUSO & BARKER v. CHEROKEE NATION. Ct. Civ. App. Okla. Certiorari denied.

No. 00–1560. GENTILE ET AL. v. QUAKER OATS CO. C. A. 9th Cir. Certiorari denied.

No. 00–1563. BEVERLY CALIFORNIA CORP., DBA BEVERLY ENTERPRISES v. NATIONAL LABOR RELATIONS BOARD. C. A. 7th Cir. Certiorari denied.

No. 00–1568. DIETELBACH v. OHIO EDISON CO. C. A. 6th Cir. Certiorari denied.

No. 00–1582. ARCADIS GERAGHTY & MILLER, INC. v. CONOCO INC. ET AL. C. A. 5th Cir. Certiorari denied.

No. 00–1604. BROWN & WILLIAMSON TOBACCO CORP., AS SUCCESSOR BY MERGER TO THE AMERICAN TOBACCO CO. v. CARTER ET UX. Sup. Ct. Fla. Certiorari denied.

No. 00–1629. JUNO MARINE AGENCY, INC., ET AL. v. TAIBL, SPECIAL PERSONAL REPRESENTATIVE OF THE ESTATE OF TAIBL. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 00–1634. BECKER v. MACSENTI. C. A. 10th Cir. Certiorari denied.

No. 00–1637. NORFOLK & WESTERN RAILWAY CO. v. DYE ET AL. Cir. Ct. Mingo County, W. Va. Certiorari denied.

No. 00–1639. PASTOREK v. TRAIL ET AL. C. A. 5th Cir. Certiorari denied.